NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1450, -1451,-1452, -1466, -1467, -1468, -1469,
2010-1017, -1036

## IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

-----------------------------------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

AMERICAN AIRLINES, INC.,

Defendant-Cross Appellant,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,

Defendants-Cross Appellants,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants-Appellees,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants-Appellees,

and

TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P.,
TIME WARNER NY CABLE LLC, AOL, LLC, COMPUSERVE INTERACTIVE
SERVICES, INC., NETSCAPE COMMUNICATIONS CORP.,

CHARTER COMMUNICATIONS ENTERTAINMENT I LLC,
CHARTER COMMUNICATIONS HOLDING COMPANY LLC,
CHARTER COMMUNICATIONS OPERATING LLC,
and CHARTER COMMUNICATIONS, INC.,

Defendants,

and

CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION,
CABLEVISION SYSTEMS NEW YORK CITY CORPORATION,
CABLEVISION OF BROOKHAVEN, INC., CABLEVISION OF CONNECTICUT
CORPORATION, CABLEVISION OF HUDSON COUNTY, INC.,
CABLEVISION OF LITCHFIELD, INC., CABLEVISION OF MONMOUTH, INC.,
CABLEVISION OF NEW JERSEY, INC., CABLEVISION OF OAKLAND LLC,
and CABLEVISION OF ROCKLAND/RAMAPO LLC,

Defendants-Cross Appellants,

and

TDS METROCOM LLC, TDS TELECOMMUNICATIONS CORPORATION,
and UNITED STATES CELLULAR CORPORATION,

Defendants.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2192, 07-CV-2196, 07-CV-2360, and 07-CV-2134 Judge R. Gary Klausner.

ON MOTION

## O R D E R

Upon consideration of the appellant's objection to the official caption,

IT IS ORDERED THAT:

(1)     The revised official caption is reflected above.

(2)     The appellant's "motion with respect to appellant's provisional consolidated opening brief" is denied as moot.

FOR THE COURT

DEC 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Stephen C. Neal, Esq.
      Blas P. Arroyo, Esq.
      Christopher S. Ruhland, Esq.
      Jonathan R. Spivey, Esq.
      Mike McKool, Jr., Esq.
      Kara F. Stoll, Esq.
      Josh A. Krevitt, Esq.
      Frederick L. Cottrell, III, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 14 2009

JAN HORBALY
CLERK